```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------X
JOSEPH PEREIRA,

                Plaintiff,                    O R D E R

         - against -                          19 Civ. 11477 (NRB)

LONG ISLAND RAILROAD COMPANY,

                Defendant.
-------------------------------X
```

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

The issue raised by plaintiff in his letter of April 9, 2020 (ECF No. 10) has been mooted by defendant's response (ECF No. 11). Therefore, plaintiff's request for Local Rule 37.2 Conference is denied as moot.  This Order resolves ECF Entry No. 10.

```
Dated:   New York, New York
         April 14, 2020
```

NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE